OLIN S. LUFFMAN, Appellant, *v.* ROBERT T. HOY, Respondent.

(Argued October 22, 1883 ; decided November 20, 1883.)

*John L. Hill* for appellant.

*H. E. Davies* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed and judgment absolute against plaintiff on stipulation.